| | |
|---|---|
| 1 | MORRISON & FOERSTER LLP |
| 2 | Michael A. Jacobs (CA SBN 111664)<br>Richard S.J. Hung (CA SBN 197425) |
| 3 | 425 Market Street<br>San Francisco, California 94105-2482 |
| 4 | Telephone:  415.268.7000<br>Facsimile:  415.268.7522 |
| 5 | MJacobs@mofo.com<br>RHung@mofo.com |
| 6 | MORRISON & FOERSTER LLP |
| 7 | Colette Reiner Mayer (CA SBN 263630)<br>755 Page Mill Road |
| 8 | Palo Alto, California 94304-1018<br>Telephone:  650.813.5600 |
| 9 | Facsimile:  650.494.0792<br>CRMayer@mofo.com |

Attorneys for Defendants
Cornershop Technologies, Inc., Cornershop Technologies LLC, and Delivery Technologies US, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>          Plaintiff,<br><br>     v.<br><br>CORNERSHOP TECHNOLOGIES, INC.;<br>CORNERSHOP TECHNOLOGIES LLC;<br>DELIVERY TECHNOLOGIES US, INC.;<br>DOES 1–10,<br><br>          Defendants. | No. 5:21-cv-03633-SVK<br><br>**NOTICE OF CHANGE IN COUNSEL** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE that effective immediately John A. Polito should be removed from the e-mail notification list as he is no longer counsel of record in this matter. Attorneys from the law firm of Morrison & Foerster LLP continue to represent Defendants Cornershop Technologies, Inc., Cornershop Technologies LLC, and Delivery Technologies US, Inc. in this matter.

DATED:  June 2, 2021                                MORGAN, LEWIS & BOCKIUS LLP


By:           /s/ John A. Polito
              John A. Polito
              Attorneys for Defendants
              Cornershop Technologies, Inc.,
              Cornershop Technologies LLC, and
              Delivery Technologies US, Inc.