UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAPLEBEAR INC. DBA INSTACART,<br><br>Plaintiff,<br><br>v.<br><br>CORNERSHOP TECHNOLOGIES, INC., et al.,<br><br>Defendants. | Case No. 21-cv-03633-SVK<br><br>**ORDER REGARDING FINAL RULINGS FOR DISCOVERY DISPUTES**<br><br>Re: Dkt. Nos. 186, 188, 191, 192 |

On October 19, 2021, the Court held a discovery hearing regarding the four pending discovery disputes. Dkts. 186, 188, 191, 192. The Court's rulings are attached to this Order as Exhibits A-D; Exhibits C and D are to be filed Under Seal. All further responses and productions are due by **November 2, 2021**, except as noted in Exhibit D as to Cornershop's request for production no. 83. As noted in that ruling and as set forth here to avoid confusion, if necessary to comply with the Court's ruling, the Court will entertain an extension of the current pretrial and trial dates, not to exceed 60 days. The Parties are to meet and confer and submit a joint proposed modification of the case management order no later than **November 2, 2021**. If the submission reflects disagreement, the Parties will appear on **November 9, 2021** on the case management calendar at 10:00 a.m.

**SO ORDERED.** Dated: October 20, 2021

SUSAN VAN KEULEN
United States Magistrate Judge